THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* BEN WEISS, Appellant.

(Argued October 23, 1933; decided November 21, 1933.)

*Harry Tabershaw* and *Theodore N. Tarlau* for appellant.
*Thomas C. T. Crain, District Attorney (Joshua Egelson* of counsel), for respondent.

Judgment reversed and information dismissed on the ground that there is no evidence of present intent to defraud when the check was given. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.